**Opinion issued February 10, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-26-00097-CV**

———————————

**IN RE RAMESH KAPUR, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Ramesh Kapur has filed a petition for writ of mandamus seeking to vacate the trial court's rulings of October 1, 2025 and November 10, 2025.[1]

---

[1] The underlying case is *Camino Nuevo, LLC v. Ramesh Kapur and Gholam Ali Gaspidi*, cause number 2025-15339, pending in the 61st District Court of Harris County, Texas, the Honorable Kathryn Shuchart presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.